IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Qatar National Bank; Qatar Charity, | ) | |
|         Petitioners-Appellees, | ) | |
| v. | ) | No. 25-7029 |
| | ) | |
| | ) | |
| Perles Law Firm P.C., | ) | |
|         Respondent-Appellant. | ) | |

### NOTICE OF WITHDRAWAL

Respondent-Appellant Perles Law Firm, P.C. respectfully asks this Court to withdraw Max E. Schulman as an attorney representing Perles Law Firm in the above-captioned case. Mr. Schulman will be departing Gibson, Dunn & Crutcher LLP for other employment on May 12, 2025. Perles Law Firm will continue to be represented in this matter by other counsel who have entered appearances.

Dated: May 7, 2025

                                              Respectfully submitted,

                                              */s/ Max E. Schulman*
                                              Max E. Schulman
                                              Gibson, Dunn & Crutcher LLP
                                              1700 M Street, N.W.
                                              Washington, D.C. 20036
                                              (202) 955-8500
                                              MSchulman@gibsondunn.com

                                              *Counsel for Respondent-Appellant*
                                              *Perles Law Firm*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

<u>/s/ Max E. Schulman</u><br>
Max E. Schulman