# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-7029**                                               **September Term, 2025**

1:24-mc-00035-LLA

Filed On: September 2, 2025 [2133015]

Qatar National Bank and Qatar Charity,

      Appellees

  v.

Perles Law Firm, P.C.,

      Appellant

**BEFORE:**    Circuit Judges Pan and Garcia, and Rogers, Senior Circuit Judge

## O R D E R

The court concludes, on its own motion, that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentations in the briefs. <u>See</u> Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

### Per Curiam

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

BY:    /s/
         Michael C. McGrail
         Deputy Clerk